MATT ANDERSON, Appellant, v. CITY OF NEW YORK and Others, Respondents, Impleaded with Others, Defendants.—Action to foreclose a lien against moneys due and to become due under a contract between certain defendants and the city of New York. The lien was for an amount alleged to be the difference between wages paid plaintiff and the prevailing rate. Judgment dismissing complaint unanimously affirmed, with costs. There was no proof of compliance with section 220 of the Labor Law. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.